### WALTER J. LEWIS, JR. *v.* CHELSEA G.C.A. REALTY PARTNERSHIP, L.P.

The plaintiff's petition for certification for appeal from the Appellate Court, 86 Conn. App. 596 (AC 23924), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Norman J. Voog*, in support of the petition.

*James V. Somers*, *Joseph G. Fortner, Jr.*, and *Patrick M. Birney*, in opposition.

Decided March 2, 2005

### STATE OF CONNECTICUT *v.* WILLIAM ARMSTRONG

*Jeanne M. Zulick*, special public defender, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 803 (AC 24141), is denied.